# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANTHONY CONNER,

    Plaintiff,

v.                                      Case No: 8:13-cv-2151-T-30TBM

THE NIELSEN COMPANY (US), LLC,
NIELSEN HOLDINGS N.V. and XYZ
ENTITIES 1 - 10,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement and, Upon Court Approval, for Dismissal of Action With Prejudice (Dkt. #22). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Motion for Approval of Settlement and, Upon Court Approval, for Dismissal of Action With Prejudice (Dkt. #22) is GRANTED.   The parties' settlement is approved.

2.    This case is dismissed with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of July, 2014.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2151 settle 22.docx